# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

November 18, 2024

<u>Via ECF</u>

The Honorable Katherine Polk Failla,
 United States District Court
 Southern District of New York
 Thurgood Marshall United States Courthouse
 40 Foley Square,
  New York, NY 10007-1312.



Re:   <u>United States v. Francisco Mariano, No. 23-Cr.-00180 (KPF)</u>

Dear Judge Failla:

      I write on behalf of Defendant Francisco Mariano to request that the status conference currently scheduled for November 20, 2024 at 12:00 p.m. be adjourned for approximately 45 days. The parties are presently engaged in advanced discussions about their intentions with respect to the case and believe that an adjournment will permit those discussions to advance. We have conferred with counsel for the Government, which supports this request.

      With the consent of the Government, I also respectfully request an exclusion of time in this case for Speedy Trial Act purposes until the date of the next conference, in the interests of justice, as the defendant pursues discussions with the Government, evaluates the evidence, and considers whether any motions should be filed. This is the third request for an adjournment of the status conference.

      Respectfully submitted,

      /s/ *Nicole W. Friedlander*

      Nicole W. Friedlander

cc:   Nicholas S. Bradley
     Sarah L. Kushner
     Alexander Li
     David J. Robles

Application GRANTED.  The status conference scheduled for November 20, 2024, is hereby ADJOURNED to **January 8, 2025,** at **3:00 p.m.**  The conference will be held in person, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **November 20, 2024,** and **January 8, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to review discovery and consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 143.

Dated:     November 19, 2024         SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE