# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 3, 2025

Via ECF

The Honorable Katherine Polk Failla,
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007-1312.



Re: United States v. Francisco Mariano, No. 23-Cr.-00180 (KPF)

Dear Judge Failla:

I write on behalf of Defendant Francisco Mariano to request that the status conference currently scheduled for January 8, 2025 at 3:00 p.m. be adjourned for approximately 30 days. The parties remain engaged in advanced discussions about their intentions with respect to the case and believe that an adjournment will permit those discussions to advance. We have conferred with counsel for the Government, which supports this request.

With the consent of the Government, I also respectfully request an exclusion of time in this case for Speedy Trial Act purposes until the date of the next conference, in the interests of justice, as the defendant pursues discussions with the Government, evaluates the evidence, and considers whether any motions should be filed. This is the fourth request for an adjournment of the status conference.

Respectfully submitted,

/s/ *Nicole W. Friedlander*

Nicole W. Friedlander

cc: Nicholas S. Bradley
    Sarah L. Kushner
    Alexander Li
    David J. Robles

Application GRANTED.  The status conference scheduled for January 8, 2025, is hereby ADJOURNED to **February 11, 2025,** at **3:00 p.m.**  The conference will be held in person, in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is furthered ORDERED that time is excluded under the Speedy Trial Act between **January 8, 2025,** and **February 11, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit defense counsel to continue to review discovery and prepare any pretrial motions, as well as permit the parties to consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 152.

Dated:     January 6, 2025          SO ORDERED.
           New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE