# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

January 9, 2025

Via ECF

The Honorable Katherine Polk Failla,
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY  10007-1312.



Re:   United States v. Francisco Mariano, No. 23-Cr.-00180 (KPF)

Dear Judge Failla:

      I represent Mr. Francisco Mariano pursuant to the Criminal Justice Act.  I write to advise the Court that Mr. Mariano has informed me that he does not have faith in my ability to represent him in connection with the potential disposition of his case, and that he no longer wishes for me to serve as his counsel.

      Accordingly, I am respectfully requesting that the Court relieve me and my colleagues, Morgan R. Knudtsen and Gage G. Hodgen, from representing Mr. Mariano after suitable arrangements for his legal representation are made.

Respectfully submitted,

/s/ *Nicole Friedlander*

Nicole Friedlander

cc:   Nicholas S. Bradley
      Sarah L. Kushner
      Alexander Li
      David J. Robles

The Court is in receipt of the above request to substitute counsel. Accordingly, the parties are hereby ORDERED to appear for a conference on **January 30, 2025,** at **12:00 p.m.,** in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 155.

Dated:     January 10, 2025         SO ORDERED.
           New York, New York

                                    *Katherine Polk Failla*

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE