

**Esere J. Onaodowan, Esq.**
eonaodowan@eocdlaw.com  c 718.427.3139

**Christine Delince, Esq.**
cdelince@eocdlaw.com  c 917.238.9332

June 5, 2025

VIA ECF
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007



Re: United States v. Silvano Francisco Mariano, 23 Cr. 180 (KPF)-Adjournment Request

Dear Judge Polk Failla:

With the consent of the government, I am writing to request an adjournment of the status conference currently scheduled for June 10, 2025. The reason for the adjournment is to allow the defense to continue to review the voluminous discovery with Mr. Francisco Mariano and to continue ongoing plea negotiations with the government. For this reason, the defense requests an adjournment to the week of July 21st or the week of July 28th of 2025.

The defense consents to the exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

Respectfully Submitted,

_Christine Delince_

Christine Delince, Esq.

Application GRANTED.  The status conference scheduled for June 10, 2025, is hereby ADJOURNED to **August 5, 2025,** at **3:30 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **June 10, 2025,** and **August 5, 2025.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will allow defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

Dated:     June 6, 2025
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE