UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>SILVANO FRANCISCO MARIANO,<br><br>Defendant. | 23 Cr. 180-15 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for February 25, 2026, is hereby converted into a change-of-plea conference.  The time and location remain the same.  In addition, the motion hearing currently scheduled for February 23, 2026, is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated:  February 18, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge